IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:20-CR-015-Z(34)<br>(Supersedes first superseding indictment filed<br>11/19/2020 as to Ortuno-Palacios only) |
| LEONARDO ORTUNO-PALACIOS (34) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Distribution and Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about March 5, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Leonardo Ortuno-Palacios**, defendant, did intentionally and knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

/s/ Sean M. Long

SEAN M. LONG
Assistant United States Attorney
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
E-mail:         sean.long@usdoj.gov

**Leonardo Ortuno-Palacios**
**Superseding Information - Page 2**